Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15–21625–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanette A. Neuert
   16 Canterbury Dr
   Forked River, NJ 08731–5641

Social Security No.:
   xxx–xx–7564

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/24/18 at 09:00 AM

to consider and act upon the following:

**45** – Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: 71 Evergreen Rd, New Egypt, NJ 08533. Fee Amount &#036 176. filed by Creditor Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007–1, Motion for Relief from Co–Debtor Stay of William R Neuert, 31 Amended Motion. Reason for Amendment: Wrong Hearing Date in the Heading of Notice of Motion (related document:30 Motion for Relief from Stay re: 71 Evergreen Rd, New Egypt, NJ 08533. Fee Amount &#036 176. filed by Creditor Specialized Loan Servicin filed by Creditor Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007–1, 41 Stipulation filed by Creditor Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007–1) filed by Denise E. Carlon on behalf of U.S. Bank National Association et al.... Objection deadline is 06/25/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/26/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court