# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−21625−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanette A. Neuert
   16 Canterbury Dr
   Forked River, NJ 08731−5641

Social Security No.:
   xxx−xx−7564

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/24/18 at 09:00 AM

to consider and act upon the following:

*45* − Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: 71 Evergreen Rd, New Egypt, NJ 08533. Fee Amount &#036 176. filed by Creditor Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007−1, Motion for Relief from Co−Debtor Stay of William R Neuert, 31 Amended Motion. Reason for Amendment: Wrong Hearing Date in the Heading of Notice of Motion (related document:30 Motion for Relief from Stay re: 71 Evergreen Rd, New Egypt, NJ 08533. Fee Amount &#036 176. filed by Creditor Specialized Loan Servicin filed by Creditor Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007−1, 41 Stipulation filed by Creditor Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007−1) filed by Denise E. Carlon on behalf of U.S. Bank National Association et al.... Objection deadline is 06/25/2018. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/26/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jeanette A. Neuert  
    Debtor

Case No. 15-21625-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2018  
                  Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db          Jeanette A. Neuert,  16 Canterbury Dr,  Forked River, NJ  08731-5641  
cr         +Specialized Loan Servicing LLC, as servicing agent,  C/O Schiller, Knapp, Lefkowitz & Hertzel,  950 New Loudon Rd,  Latham, NY 12110-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Jaclyn Christine Clemmer    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 jclemmer@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com  
         Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association et al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates series 2007-1, servicer Specialized Loan Servicing LLC ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
         Marc C. Capone    on behalf of Debtor Jeanette A. Neuert mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
         Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com

                                                                      TOTAL: 9