UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Capone and Keefe, PC
Marc C. Capone, Esq.
60 Highway 71, Unit 2
Spring Lake Heights, NJ 07762
Phone #732-528-1166

Order Filed on July 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeannette A. Neuert

Case No.:     15-21625

Chapter:     13

Judge:     MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 25, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Marc C. Capone_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____2,825.00____ per month for ____24____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-21625-MBK
Jeanette A. Neuert                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 25, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db             Jeanette A. Neuert,    16 Canterbury Dr,    Forked River, NJ  08731-5641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jaclyn Christine Clemmer    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing
               agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC
               Mortgage Backed Certificates Series 2007-1 jclemmer@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
               napp.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association et al...
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates series 2007-1, servicer Specialized Loan
               Servicing LLC ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com
              Marc C. Capone    on behalf of Debtor Jeanette A. Neuert mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
               Backed Certificates Series 2007-1
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
               napp.com;sbatcher@schillerknapp.com
                                                                                               TOTAL: 9