| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 | Order Filed on August 13, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Jeanette A. Neuert<br><br>Debtor. | Case No.: 15-21625 MBK<br><br>Adv. No.:<br><br>Hearing Date:  7/24/18 @ 9:00 a.m.<br><br>Judge:  Michael B. Kaplan |

### ORDER CURING POST-PETITION ARREARS AND RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Jeanette A. Neuert
Case No:  15-21625 MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 71 Evergreen Road, New Egypt, NJ, 08533, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Marc C. Capone, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of August 1, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2016 through August 2018 for a total post-petition default of $99,413.82 (1 AO @ $3,000.00, 1 AO @ $17,558.33, 4 @ $3,023.54, 3 @ $3,108.65, 9 @ $3,180.10, 3 @ $3,135.28, 6 @ $3,280.85 less suspense balance of $276.46); and

      It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall cure the balance of the arrears by remitting $99,413.82 directly to Secured Creditor to be received no later than August 31, 2018; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2018, directly to Secured Creditor, Specialized Loan Servicing LLC, PO Box 60535, City of Industry CA 91716-0535 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan; and the Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-21625-MBK
Jeanette A. Neuert                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Aug 13, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2018.
db              Jeanette A. Neuert,    16 Canterbury Dr,    Forked River, NJ   08731-5641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jaclyn Christine Clemmer    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing
               agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC
               Mortgage Backed Certificates Series 2007-1 jclemmer@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
               napp.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association et al...
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates series 2007-1, servicer Specialized Loan
               Servicing LLC ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com
              Marc C. Capone    on behalf of Debtor Jeanette A. Neuert mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
               Backed Certificates Series 2007-1
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;sbatcher@schillerknapp.com;ahight@schillerk
               napp.com;sbatcher@schillerknapp.com
                                                                                                 TOTAL: 9