Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–21625–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Jeanette A. Neuert
　16 Canterbury Dr
　Forked River, NJ 08731–5641

Social Security No.:
　xxx–xx–7564

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/13/18 at 09:00 AM

to consider and act upon the following:

**54** – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/10/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/11/18

　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court