Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15−21625−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeanette A. Neuert
   16 Canterbury Dr
   Forked River, NJ 08731−5641

Social Security No.:
   xxx−xx−7564

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/13/18 at 09:00 AM

to consider and act upon the following:

*54* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/10/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 10/11/18

                                             Jeanne Naughton
                                             Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-21625-MBK
Jeanette A. Neuert                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 11, 2018
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db             Jeanette A. Neuert,    16 Canterbury Dr,    Forked River, NJ   08731-5641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jaclyn Christine Clemmer    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing
               agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC
               Mortgage Backed Certificates Series 2007-1 jclemmer@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association et al...
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    U.S. Bank National Association, Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates series 2007-1, servicer Specialized Loan
               Servicing LLC ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
              Marc C. Capone    on behalf of Debtor Jeanette A. Neuert mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
               Backed Certificates Series 2007-1
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
               p.com
                                                                                                 TOTAL: 9