Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15−21625−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeanette A. Neuert
  16 Canterbury Dr
  Forked River, NJ 08731−5641
Social Security No.:
  xxx−xx−7564
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/13/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 14, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-21625-MBK
Jeanette A. Neuert                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin           Page 1 of 2          Date Rcvd: Nov 14, 2018
                               Form ID: 148           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db               Jeanette A. Neuert,    16 Canterbury Dr,    Forked River, NJ  08731-5641
cr              +Specialized Loan Servicing LLC, as servicing agent,   C/O Schiller, Knapp, Lefkowitz & Hertzel,
                  950 New Loudon Rd,    Latham, NY 12110-2100
515696483       +Coast to Coast Grand Getaways,    7560 Commerce Court,    Sarasota, FL 34243-3217
515578820        MAK Construction Inc,    11 Highbridge Rd,    Trenton, NJ  08620-9632
515578821        Parker McCay PA,    PO Box 5054,    Mount Laurel, NJ  08054-5054
515578822        Specialized Loan Servicing,    Attn: Bankruptcy,    8742 Lucent Blvd Ste 300,
                  Highlands Ranch, CO  80129-2386
515696482       +Sundance Vacations Network, Inc.,    29 Emmons Drive, Suite F20,    Princeton, NJ 08540-5978
515578824        Trenton Roofing and Siding,    c/o Louis Sancinito, Esq.,    1417 S Broad St,
                  Trenton, NJ  08610-6235
515703513       +U.S. Bank National Association,Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 00:10:22     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 00:10:20     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515578814        EDI: BECKLEE.COM Nov 15 2018 04:53:00     American Express,    PO Box 3001,
                  Malvern, PA  19355-0701
515759574        EDI: BECKLEE.COM Nov 15 2018 04:53:00     American Express Travel Related Services,   Co, Inc,
                  c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515578815        EDI: CAPITALONE.COM Nov 15 2018 04:53:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                  Salt Lake City, UT  84130-0285
515691094        EDI: CAPITALONE.COM Nov 15 2018 04:53:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
515703337        EDI: BL-BECKET.COM Nov 15 2018 04:53:00     Capital One, N.A.,    c o Becket and Lee LLP,
                  POB 3001,    Malvern, PA 19355-0701
515578816        EDI: CHASE.COM Nov 15 2018 04:53:00     Chase Card,    PO Box 15298,
                  Wilmington, DE  19850-5298
515578817        EDI: RCSFNBMARIN.COM Nov 15 2018 04:53:00     Credit One Bank,    PO Box 98873,
                  Las Vegas, NV  89193-8873
515578818        EDI: CBSKOHLS.COM Nov 15 2018 04:53:00     Kohl's,    PO Box 3043,    Milwaukee, WI  53201-3043
515578819       +EDI: CBSKOHLS.COM Nov 15 2018 04:53:00     Kohls,    N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
515589231       +EDI: STF1.COM Nov 15 2018 04:53:00     SunTrust Bank,    Attn: Support Services,
                  P.O. Box 85092,    Richmond, VA 23286-0001
515578823        EDI: STF1.COM Nov 15 2018 04:53:00     Suntrust Bk-N Central,    Attn:Bankruptcy Dept,
                  PO Box 85092,    Richmond, VA  23285-5092
                                                                                              TOTAL: 13

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2018                           Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo   docs@russotrustee.com
              Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association et al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jaclyn Christine Clemmer   on behalf of Creditor    Specialized Loan Servicing LLC, as servicing
           agent for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC
           Mortgage Backed Certificates Series 2007-1 jclemmer@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
           p.com
          Kevin Gordon McDonald    on behalf of Creditor   U.S. Bank National Association et al...
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Lynn Therese Nolan    on behalf of Creditor   U.S. Bank National Association, Trustee relating to
           Chevy Chase Funding LLC Mortgage Backed Certificates series 2007-1, servicer Specialized Loan
           Servicing LLC ecfnotices@grosspolowy.com,  jbommelje@grosspolowy.com
          Marc C. Capone    on behalf of Debtor Jeanette A. Neuert mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Michael E. Blaine    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage
           Backed Certificates Series 2007-1
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknap
           p.com
                                                                                    TOTAL: 9